KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CSBN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue; Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7183
    FAX: (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-0677 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME |
| v. | |
| EMAD Y. DUAR, | SAN FRANCISCO VENUE |
| Defendant. | |

    On October 19, 2006, the parties in this case appeared before the Court for an Initial Appearance. At that time, the parties stipulated that the Initial Appearance would be continued until October 19, 2007, and that time should be excluded from the Speedy Trial Act calculations from October 19, 2006 to October 18, 2007, for the deferral of prosecution. See 18 U.S.C. § 3161(h)(2). The parties agree that pretrial diversion is an appropriate disposition of this case and that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.

    The United States has referred Mr. Duar to Pretrial Services for an intake evaluation. If Mr. Duar meets the qualifications set forth by Pretrial Services, he will be placed on pretrial

diversion for no more than twelve months.  Accordingly, the parties agree that the prosecution will be deferred for a twelve-month period of time for Mr. Duar to demonstrate good conduct under the conditions of a pretrial diversion program.

**IT IS SO STIPULATED**.

                                                    Respectfully submitted,

                                                   KEVIN V. RYAN
                                                   United States Attorney

DATED:   10/23/06                       /s/ Derek R. Owens
                                                   DEREK R. OWENS
                                                   Special Assistant U.S. Attorney


DATED:   10/23/06                       /s/ Ron Tyler
                                                   RON TYLER
                                                   Attorney for Defendant Duar


     As the Court found on October 19, 2006, and for the reasons stated above, the Court finds that an exclusion of time between October 19, 2006 and October 18, 2007 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from October 19, 2006 to October 18, 2007, for deferral of prosecution by the United States for the purpose of

//
//
//
//
//
//

Stipulation and [Proposed] Order
06-0677 MAG

1 allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion
2 program.
3
4
5 **IT IS SO ORDERED.**
6
7 DATED: __October 27, 2006__
8 ELIZABETH D. LAPORTE
  United States Magistrate Judge
9
10

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA with stamp "IT IS SO ORDERED" signed by Judge Elizabeth D. Laporte]*