SCOTT N. SCHOOLS (SC 9990)
United States Attorney

DOUG SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

DEREK R. OWENS (CSBN 230237)
Assistant United States Attorney

CRYSTAL TINDELL
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7149
Facisimile: (415) 436-7234
derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 06-0677 MAG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | ) | |
| EMAD Y. DUAR, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

On July 10, 2007, the parties in this case appeared before the Court for a status hearing. At that appearance, Assistant Federal Public Defender Ronald Tyler informed the Court that his office is currently investigating the case and that he would like to discuss some matters with opposing counsel and his client. Therefore, the parties requested that the matter be continued to July 24, 2007, at 10:30 a.m. for a status hearing. In addition, Counsel for the government requested an exclusion of time from July 10, 2007 to July 24, 2007, in order to afford AFPD

STIPULATION AND [PROPOSED] ORDER
CR 03-0315 MAG                              1

1  Tyler an opportunity to further investigate the case and consider a draft plea agreement. AFPD
2  Tyler agreed that an exclusion of time is appropriate based on the defendant's need for effective
3  preparation of counsel. 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
4  SO STIPULATED:

                                        SCOTT N. SCHOOLS
                                        United States Attorney

DATED: 7/10/2007                         /s/ Derek R. Owens
                                        DEREK R. OWENS
                                        Assistant United States Attorney


DATED: 7/10/2007                         /s/ Ronald C. Tyler
                                        RONALD C. TYLER
                                        Assistant Federal Public Defender


     For good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from July 10, 2007, to July 24, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161 (h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: July 24, 2007                    _____
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*