SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CABN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EMAD YUSUF DUAR, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. CR 06-0677 MAG <br><br> [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 24, 2007, TO JULY 27, 2007 |

     The parties appeared before the Honorable Elizabeth D. Laporte on July 24, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c) from July 24, 2007 to July 27, 2007, due to the absence or unavailability of the defendant. 18 U.S.C. § 3161(h)(3)(A).

     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 24, 2007 to July 27, 2007 outweigh the best interest of the public

[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 06-0677 MAG

and the defendant in a speedy trial.  Id. § 3161(h)(3)(A).

      3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from July 24, 2007 to July 27, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3)(A).

      IT IS SO STIPULATED.

DATED: 7/27/2007

/s/
RON TYLER
Counsel for Emad Yusuf Duar

DATED: 7/25/2007

/s/
WENDY THOMAS
Special Assistant U.S. Attorney

      IT IS SO ORDERED.

DATED: July 31, 2007

THE HON.
United States

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

[**PROPOSED**] ORDER AND
STIPULATION EXCLUDING TIME
CR 06-0677 MAG          2